UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10062-CR-MOORE
08-10069-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARIO RODRIGUEZ-MARTINEZ,

       Defendant.
_____

**O R D E R**

THIS CAUSE is before the Court *sua sponte* to clarify the bonds set in Case Nos. 08-10062-CR-MOORE and 08-10069-CR-MOORE, United States of America v. Mario Rodriguez-Martinez. The minutes of the Initial Appearance dated October 10, 2008, as to defendant **Mario Rodriguez-Martinez** note that a separate bond was set in each case. It was the intent of the undersigned to set one bond applicable to both cases. Therefore, it is hereby

ORDERED AND ADJUDGED that the bond is set as to defendant Mario Rodriguez-Martinez, applicable to Case Nos. 08-10062-CR-MOORE and 08-10069-CR-MOORE, is as follows: A $50,000 bond, with a 10% deposit in the Registry of the Court, with a Nebbia condition, together with a $50,000 personal surety bond, to be co-signed by a responsible person, to be agreed upon by the Government and defense counsel. The defendant shall be subject to electronic monitoring, which shall be at the defendant's expense as long as he is employed. The defendant is to remain at home, except to work,

appear in court, meet with counsel, keep medical appointments and attend religious services.  Additional outings are permitted if approved by the supervising Probation Officer.  The defendant shall not board any boat or enter any marina while these cases are pending.  The defendant shall, within 24 hours of his release, surrender his passport and any other travel documents to the Probation Office, and shall not obtain any new passports or travel documents while the cases are pending. The defendant shall report to the Probation Office as that Offices directs.

DONE AND ORDERED in the Southern District of Florida, this 21st day of October, 2008, *nunc pro tunc* to October 17, 2008.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA A. Cristina Soto (MIA)
AUSA Monique Annuziato (MIA)
SAUSA Russ Brown (MIA)
AFPD Bob Berube (FTL)
U.S. Probation